COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Equinor Energy LP v. Lindale Pipeline, LLC

Appellate case number:   01-21-00712-CV

Trial court case number:  2019-44547

Trial court:                     157th District Court of Harris County

On January 12, 2022, the Court ordered the parties to mediation. Appellee objected. Accordingly, the Court orders the January 12, 2022 mediation order **withdrawn**.

On January 27, 2022, appellant filed a motion for clarification concerning the objection to mediation. Because the Court has ordered the mediation order withdrawn, the motion for clarification is **dismissed as moot**.

On June 1, 2022, cross-appellant Lindale Pipeline, LLC filed a motion dismiss its cross-appeal. The motion is **granted** and the cross-appeal of Lindale Pipeline, LLC is **dismissed**. The appeal of Equinor Energy LP remains pending.

On July 8, 2022, appellant filed a motion to clarify the briefing schedule because the Court's website indicated that appellant's brief was due even though the complete reporter's record had not been filed. The Court issued an order on July 12, 2022, ordering the court reporter to file the missing volumes of exhibits and ordering the deadline of appellant's brief to be extended until 30 days after the complete reporter's record was filed. Because the Court failed to grant the motion in that order, but the order addressed the appellant's request, the motion to clarify filed on July 8, 2022, is **dismissed as moot**.

Appellant's reply brief is due to be filed on February 2, 2023.

It is so ORDERED.


Judge's signature: _____Justice Peter Kelly_____
                        ☐ Acting individually    ☒ Acting for the Court

Panel consists of Chief Justice Adams and Justices Kelly and Farris.

Date:   ___January 19, 2023_____